**DISMISS; and Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01580-CV

## QUINN BRANCH AND ALL OTHER OCCUPANTS, Appellants
## V.
## JAFC, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06040-D**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Brown

The clerk's record in this case is overdue. By letter dated January 9, 2014, we informed appellants that we had been notified by the Dallas County Clerk that the clerk's record in this case had been prepared but had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellants that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, appellants have not provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE


131580F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QUINN BRANCH AND ALL OTHER
OCCUPANTS, Appellants

No. 05-13-01580-CV     V.

JAFC, LLC, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-06040-D.
Opinion delivered by Justice Brown.  Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that appellee JAFC, LLC recover its costs of this appeal from appellants
QUINN BRANCH AND ALL OTHER OCCUPANTS.

Judgment entered this 31st day of March, 2014.

/Ada Brown/
ADA BROWN
JUSTICE